# United States Court of Appeals for the Fifth Circuit

No. 25-60243

United States Court of Appeals
Fifth Circuit

**FILED**

February 10, 2026

Lyle W. Cayce
Clerk

Devin P. Cherry,

*Plaintiff—Appellant*,

*versus*

Frank Bisignano, *Commissioner of Social Security Administration*,

*Defendant—Appellee*.

_____

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 2:23-CV-91

_____

Before Stewart, Graves, and Oldham, *Circuit Judges*.

Per Curiam:[*]

Devin Cherry appeals the Commissioner's denial of his Social Security benefits. He argues that new evidence submitted to the Appeals Council warranted remand to the administrative law judge ("ALJ"); that the ALJ exceeded within her discretion by denying Cherry's request for a consultative examination; and that the ALJ failed to consider whether Cherry could maintain employment for a significant period of time. We review the

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-60243

Commissioner's decision for substantial evidence. *Webster v. Kijakazi*, 19 F.4th 715, 718 (5th Cir. 2021). Cherry has failed to identify reversible error.

AFFIRMED.